**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**BRIDGEPORT DIVISION**

|  |  |
|---|---|
| In re | CHAPTER 11 |
| WALL STREET THEATER COMPANY, INC. *et al* | CASE NO. 18-50132 (JAM) |
| Debtors |  |
| WALL STREET THEATER COMPANY, INC. *et al* |  |
| Plaintiffs | ADVERSARY PROCEEDING 18-05023 |
| v. |  |
| GTL CONSTRUCTION, LLC, *et al* |  |
| Defendants |  |

**ORDER GRANTING MOTION TO CONTINUE PRETRIAL CONFERENCE**

Wall Street Theater Company, Inc. ("WSTC") and Wall Street Master Landlord, LLC ("WSML", and together with WSTC, "Plaintiffs") having filed its *Motion to Continue Pretrial Conference* (the "Motion to Continue") seeking a continuance of the pretrial conference in this adversary proceeding (the "Conference") currently scheduled for July 17, 2018 at 12:00 P.M. to July 24, 2018 at 10:00 A.M.; and upon good cause shown therefore;

IT IS ORDERED THAT the Motion to Continue is GRANTED. The Conference shall be held at **10:00 A.M. on July 24, 2018 at the United States Bankruptcy Court, 915 Lafayette Boulevard, Bridgeport, CT 06604.**

{00074801.1 }