## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF CONNECTICUT
### BRIDGEPORT DIVISION

|  |  |  |
|---|---|---|
| In re | : | CHAPTER 11 |
|  | : |  |
| WALL STREET THEATER COMPANY, INC. | : |  |
| *et al* | : | CASE NO. 18-50132 (JAM) |
|  | : |  |
| Debtors | : |  |
|  | : |  |
|  | : |  |
| WALL STREET THEATER COMPANY, INC. | : |  |
| *et al* | : |  |
|  | : | ADV. PRO. NO. |
| Plaintiffs | : | 18-05023 |
|  | : |  |
| v. | : |  |
|  | : |  |
| GTL CONSTRUCTION, LLC, *et al* | : | March 27, 2019 |
|  | : |  |
| Defendants | : |  |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1) and Fed. R. Bankr. P. 7041(a)(1)(A)(ii), Wall Street Theater Company, Inc. and Wall Street Master Landlord, LLC, plaintiffs in the above-captioned action, and defendants GTL Construction, LLC, Patriot Bank, N.A., The Morganti Group, Inc., R&B Ceramic Tile and Floor Covering, Inc., Supertech, Inc., The MacKenzie Company, LLC, XTX Associates, LLC, and Lyric-Hall, LLC hereby stipulate to dismissal of this action, with prejudice, and without costs to any party.

R&B Ceramic Tile and Floor Covering, Inc. also withdraws its cross-claim against The Morganti Group, Inc., with prejudice, and without costs to either party.

{00110856.1 }

**Wall Street Theater Company, Inc.**
**Wall Street Master Landlord, LLC**

By:    /s/ Joanna M. Kornafel
       Jeffrey M. Sklarz (ct20938)
       Joanna M. Kornafel (ct29199)
       Green & Sklarz LLC
       700 State Street, Suite 100
       New Haven, CT 06511
       (203) 285-8545
       Fax: (203) 306-3391
       jsklarz@gs-lawfirm.com
       jkornafel@gs-lawfirm.com

**GTL Construction, LLC**

By:    /s/Scott M. Charmoy
       Scott M. Charmoy
       Charmoy & Charmoy
       1700 Post Road, Suite C-9
       Fairfield, CT 06824
       (203) 255-8100
       Fax : 203-255-8101
       Email: scottcharmoy@charmoy.com

**Patriot Bank, N.A.**

By:    /s/Robert E. Kaelin
       Robert E. Kaelin
       Murtha, Cullina LLP
       CityPlace I
       185 Asylum Street
       Hartford, CT 06103-3469
       (860) 240-6000
       Fax : 860-240-6150
       Email: rkaelin@murthalaw.com

**The Morganti Group, Inc.**

By:    /s/Kristin B. Mayhew
Kristin B. Mayhew
McElroy, Deutsch, Mulvaney & Carpenter
30 Jeliff Lane
Southport, CT 06890
(203) 319-4011
Fax : 203-259-0251
Email: kmayhew@mdmc-law.com

**R&B Ceramic Tile and Floor Covering, Inc.**

By:    /s/Patrick M. Birney
Patrick M. Birney
Robinson & Cole LLP
280 Trumbull Street
Hartford, CT 06103-3597
(860) 275-8200
Fax : (860) 275-8299
Email: pbirney@rc.com

**Supertech, Inc.**

By:    /s/Nancy B. Kinsella
Nancy B. Kinsella
Neubert, Pepe, Monteith
195 Church Street, 13th Floor
New Haven, CT 06510-2047
(203) 821-2000
Fax : 203-821-2009
Email: nkinsella@npmlaw.com

{00110856.1 }                3

**The MacKenzie Company, LLC**

By:     /s/Anthony J. LaBella
         Anthony J. LaBella
         Ury & Moskow, LLC
         883 Black Rock Turnpike
         Fairfield, CT 06825
         203-610-6393
         Fax : 203-610-6399
         Email: anthony@urymoskow.com

**XTX Associates, LLC**

By:     /s/Michael H. Clinton
         Michael H. Clinton
         212A New London Tpke.
         Glastonbury, CT 06033
         (860) 633-5263
         Fax : 860-633-5265
         Email: mclinton@clintonlawoffices.com

**Lyric-Hall, LLC**

By:     /s/Timothy D. Miltenberger
         Timothy D. Miltenberger
         Coan Lewendon Gulliver & Miltenberger
         495 Orange Street
         New Haven, CT 06511
         (203) 624-4756
         Fax : 203-243-4488
         Email: tmiltenberger@coanlewendon.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 27th day of March, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

By: /s/ Joanna M. Kornafel
Joanna M. Kornafel